NORTHERN TRUST COMPANY, a Corporation, v. LAVIS F. FOLSOM and Stella F. Steele, as Sole Heirs at Law of John B. Folsom, Deceased, Substituted for Matthew F. Steele, Administrator.

(156 N. W. 216.)

Opinion filed December 28, 1915.

PER CURIAM. The facts in this case are so similar to those of Northern Trust Co. v. First Nat. Bank, 33 N. D. 1, 156 N. W. 212, just decided by this court, that the decision in said case governs herein. Judgment of the lower court is accordingly affirmed.

Appeal from the District court of Cass County, *Pollock*, J.

*Lawrence & Murphy* and *Pollick & Pollick*, all of Fargo, North Dakota, for defendants and appellants.

*Pierce, Tenneson, & Cupler,* and *Watson & Young*, of Fargo, North Dakota, for plaintiff and respondent.